Jessica THEUS, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 05–3265.

United States Court of Appeals,
Federal Circuit.

June 7, 2006.

Before MICHEL, Chief Judge,
PLAGER, Senior Circuit Judge and
BRYSON, Circuit Judge.

**Judgment**

PER CURIAM:

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

USA VIDEO TECHNOLOGY
CORPORATION, Plaintiff–
Appellant,

v.

MOVIELINK, LLC, Defendant–
Appellee.

No. 05–1451.

United States Court of Appeals,
Federal Circuit.

June 7, 2006.

Before MICHEL, Chief Judge,
PLAGER, Senior Circuit Judge and
BRYSON, Circuit Judge.

**Judgment**

PER CURIAM:

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.